# Court of Appeals
# of the State of Georgia

ATLANTA,   April 18, 2016

*The Court of Appeals hereby passes the following order:*

## A16A1180. COLUMBIA NATIONAL INSURANCE COMPANY v. BENNING CONSTRUCTION COMPANY.

Columbia National Insurance Company ("Columbia") filed this direct appeal from the state court's judgment in this garnishment action. Appeals in cases involving garnishment, however, must be initiated by an application for discretionary appeal filed with this Court. OCGA § 5-6-35 (a) (4); *Maloy v. Ewing*, 226 Ga. App. 490, 491 (486 SE2d 708) (1997). Because Columbia failed to follow the required procedure, this appeal is DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,   04/18/2016
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

Stephen E. Castlen , Clerk.